1 | JULIE M. MCCOY, Bar no. 129640
2 | 485 E. 17TH ST.  SUITE 111
    COSTA MESA, CA 92627
    Telephone: (949) 722-0055
3 | Fax: (949) 722-8416

4 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-5261 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| BRIAN SONE, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Brian Sone, in the principal amount of $2,825.08 plus interest accrued to June 30, 2009, in the sum of $4,359.72; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $8.02, for a total amount of $**7,192.82**.

DATED: 7/27/2009          By: TERRY NAFISI
                              Clerk of the Court

                              L. RAYFORD
                              Deputy Clerk
                              United States District Court

Page 5